IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

DIVISION OF FLORENCE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 4:18-CR-821-MGL |
| ) | |
| v. ) | CONSENT ORDER SETTLING RECORD |
| ) | |
| QUINTIN LA PRIX DAVIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    This matter comes before the Court by way of a motion to settle the record filed by the government. ECF #107. The Defendant consents to the motion. ECF #110. The original documentary trial exhibits in this matter[1] were misplaced after they were returned to the parties. At a hearing before this Court on November 19, 2020, the government and the defense agreed to substitute copies of the original exhibits that were identical to the exhibits submitted at trial.

    Based upon the presentation at the hearing and the representations of the parties, the Court GRANTS the motion to settle the record. The Court finds that, pursuant to the parties' consent, the proposed duplicates of the exhibits are approved and are hereby designated as part of the trial record. The Court finds that, pursuant to Rule 10(e), Fed. R. App. P., this record is settled for appeal purposes and the same is conformed as set forth herein.

**IT IS SO ORDERED.**

                                                                                s/ Mary Geiger Lewis
                                                                                Mary Geiger Lewis
                                                                                United States District Judge

November 23, 2020
Columbia, South Carolina

---

[1] These exhibits are: Government's Exhibits 1a-1i, 5, 7-11, and Defense Exhibits 1 and 2.

2

*We so move and consent:*

Peter M. McCoy
United States Attorney

By: s/ Justin W. Holloway                                    s/ Jeremy A. Thompson
Justin W. Holloway                                              Jeremy A. Thompson
Assistant United States Attorney                        Assistant Federal Public Defender
                                                                              Attorney for the Defendant

2